IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES C. KAUER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | No. 22-cv-2580 |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security. | : | |

## ORDER

AND NOW, this 29th day of November 2023, upon consideration of Plaintiff James C. Kauer's Brief in Support of his Request for Review (Doc. 10), the Commissioner's Response (Doc. 11), and Kauer's Reply (Doc. 12), it is hereby ORDERED:

1. Plaintiff's Request for Review is **DENIED**; and

2. **JUDGMENT** is entered in favor of the Defendant; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE